STATE OF CONNECTICUT *v.* GENE C. DINSMORE

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Gene C. Dinsmore,* pro se, in support of the petition.

Submitted September 15—decided September 28, 1977

PETER H. GALULLO ET AL. *v.* CITY OF WATERBURY ET AL.

The plaintiffs' "Motion to Determine Jurisdiction" in the appeal from the Court of Common Pleas in the judicial district of Waterbury is dismissed.

*Wesley W. Horton,* in support of the motion.

Submitted September 13—decided September 28, 1977

STATE OF CONNECTICUT *v.* JOSEPH ASSUNTINO ET AL.

The state's motion for a review of the order of the trial court granting the defendants' motions for the rectification of the record is granted and the relief sought therein is denied.

*John J. Dropick,* assistant prosecuting attorney, and *Austin J. McGuigan,* assistant state's attorney, in support of the motion.

*Jerrold H. Barnett,* public defender, *Howard A. Jacobs* and *Anthony J. Lasala,* in opposition.

Submitted September 21—decided September 28, 1977